# ELECTRONIC RECORD

COA # 06-14-00099-CR          OFFENSE: 10.01

STYLE: Ex Parte: Carol Paselk v.          COUNTY: Hopkins

COA DISPOSITION: Affirmed as to Article 11.072 petition Dismissed as to 11.09          TRIAL COURT: 8th District Court

DATE: 10/1/14          Publish: No          TC CASE #: 00665

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Ex Parte: Carol Paselk v.          CCA #: 1465-14

___PRO SE___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___REFUSED,___          JUDGE: _____

DATE: __03/04/2015__          SIGNED: _____          PC: _____

JUDGE: __Perlman__          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**